Tawanda BLAIR, on behalf of LJB, Plaintiff–Appellant,

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, Defendant–Appellee.

No. 12–1023.

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2012.

Decided: April 26, 2012.

Tawanda Blair, Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina; Alexess D. Rea, Social Security Administration, Denver, Colorado, for Appellee.

Before WILKINSON, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tawanda Blair appeals the district court's order dismissing this action for want of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Blair v. Commissioner*, No. 8:11–cv–01416–RMG, 2011 WL 6826839 (D.S.C. Dec. 28, 2011). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*